UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-1761-CAS(PJWx) | Date | June 11, 2010 |
|---|---|---|---|
| Title | *EL CLASIFACADO v. DIRECTORY BILLING, LLC dba USDIRECTORY.COM; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

On June 10, 2010, the Court granted defendants' Substitution of Attorney, substituting attorney Sabrina L. Green, Esq. As attorney of record in place and stead of Robert E. Goldman, Esq.  The Court notes that Ms. Green's law firm is located in San Diego, California.

**IT IS HEREBY ORDERED** that **Defendants attorney**, Sabrina L. Green, Esq., show cause in writing not later than **June 28, 2010** why she has failed to file an Application for Admission and fee, or proof of admission in this action.  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.  Defendants' counsel is advised that the Court will consider the following: *Application for Admission* **with the fee payment, or proof of admission** on or before the above date, as a satisfactory response to the Order to Show Cause.

The Court further notes that an Order on Application of Non-Resident Attorney to Appear in A Specific Case admitting defendants' attorney, Jennifer L. Miller, Esq. was granted in error, as no local counsel was designated.  The application designated attorney, Robert E. Goldman, Esq., as local counsel, while Mr. Goldman's firm is located in Fort Lauderdale, Florida.

Therefore, the Court strikes the Order on Application of Non-Resident Attorney to Appear in a Specific Case filed on June 4, 2010, as it relates to attorney Jennifer L. Miller, Esq. and orders the application DENIED.  The fee shall be returned by the Clerk forthwith.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-1761-CAS(PJWx) | Date | June 11, 2010 |
|---|---|---|---|
| Title | *EL CLASIFACADO v. DIRECTORY BILLING, LLC dba USDIRECTORY.COM; ET AL.* | | |